IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 1:14-cv-1595 (AJT/MSN) |
| v. | )<br>) |
| JB WARD MECHANICAL, LLC, | )<br>) |
| Defendant. | ) |

## <u>ORDER</u>

This matter is before the Court on the Report and Recommendation [Doc. No. 15] of the Magistrate Judge recommending that default judgment be entered against Defendant JB Ward Mechanical, LLC ("Defendant") and in favor of Plaintiffs Board of Trustees, Sheet Metal Workers' National Pension Fund ("NPF"), Board of Trustees, International Training Institute for the Sheet Metal and Air Conditioning Industry ("ITI"), Board of Trustees, National Energy Management Institute Committee ("NEMI"), and Board of Trustees, Sheet Metal Occupational Health Institute Trust Fund ("SMOHIT") (collectively, "Plaintiffs") in the amount of $18,257.48. No objection to the Report and Recommendation has been filed. Having conducted a *de novo* review of the evidence in this case, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiffs' Motion for Default Judgment [Doc. No. 9] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, entered against Defendant JB Ward Mechanical, LLC in favor of Plaintiffs, in the total amount of $18,257.48, which

consists of exit contributions, accrued interest through January 22, 2015, and liquidated damages in the amount of $7,894.41 payable to NPF; the following amounts in unpaid contributions, accrued interest through January 22, 2015, liquidated damages, and late fees: $4,205.23 payable to NPF, $328.65 payable to ITI, $82.20 payable to NEMI, and $54.93 payable to SMOHIT; $5,204.50 in attorney's fees; and $487.56 in costs.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to Defendant JB Ward Mechanical, LLC at the following address:

> JB Ward Mechanical, LLC
> Joseph Ward, Owner
> 1421 Koons Road
> North Canton, OH 44720

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 11, 2015